2017–0637. State ex rel. Sheets v. Indus. Comm.
Franklin App. No. 16AP–22, 2017-Ohio-1169.

2017–0655. Great Lakes Bar Control, Inc. v. Testa.
Board of Tax Appeals, No. 2016–34.

2017–0690. State ex rel. Byington Builders, Ltd. v. Indus. Comm.
Franklin App. No. 15AP–407, 2017-Ohio-2623.

2017–0717. Hilliard City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.
Board of Tax Appeals, No. 2016–297.

2017–0736. Value Place Columbus OH N.W., L.L.C. v. Franklin Cty. Bd. of Revision.
Board of Tax Appeals, No. 2016–292.

2017–0737. Vertex Refining OH, L.L.C. v. Franklin Cty. Bd. of Revision.
Board of Tax Appeals, Nos. 2016–545 and 2016–546.

2017–0738. State ex rel. Gunter v. Indus. Comm.
Franklin App. No. 15AP–562, 2017-Ohio-1571.

*June 8, 2017*

2017-Ohio-4175.]

2017–0464. State ex rel. Cleveland Browns Football Co., L.L.C. v. Indus. Comm.
Franklin App. No. 14AP–1031, 2017-Ohio-837. On appellant's application of dismissal. Application granted. Cause dismissed.

2016–1871. In re Resignation of Boston.
On motion to purge contempt. Motion granted.

2017–0341. Mahoning Cty. Bar Assn. v. Verkhlin.
On certification of default. Sua sponte, Mark Immanuel Verkhlin, Attorney Registration No. 0083203, last known address in Talmadge, Ohio, is found in contempt for failure to comply with this court's order of April 5, 2017.

*June 12, 2017*

2017-Ohio-4205.]

2016–0899. State v. Tench.
Medina App. No. 14CR0541. On appellant's motion to unseal proceedings. Motion denied. Counsel for appellant and appellee may come to the Supreme Court of Ohio Clerk's Office to review the sealed documents.